UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

'08 MAY 21 P3:14

JON W. SANFILIPPO
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 08-CR- |
| | [T. 29 U.S.C. § 501(c)] |
| MARY SCHAEUBLE, | 08 CR-148 |
| Defendant. | |

Redacted Copy

## INDICTMENT

**THE GRAND JURY CHARGES:**

1. At all times material to this indictment, Local 20 of the United Steelworkers Union operated at Kaukauna, Wisconsin.

2. At all times material to this indictment, Local 20 of the United Steelworkers Union was a labor organization within the meaning of 29 U.S.C. § 402(i).

3. At all times material to this indictment, Mary Scheuble was employed as an insurance committee member for Local 20.

4. Beginning on or about December 1, 2002 and continuing through on or about September 30, 2006, at Kaukauna, in the State and Eastern District of Wisconsin,

**MARY SCHAEUBLE,**

acting with fraudulent intent, embezzled, stole, and willfully converted to her own use funds of Local 20. She did so by claiming reimbursement from Local 20 for time and pay lost from work at the Thilmany mill in Kaukauna due to having to spend time working on Local 20 business when she

well knew that she had not lost the time and pay from Thilmany that she claimed and, therefore, was not entitled under Local 20's policies to the lost time reimbursement that she claimed.

5. In order to carry out the fraudulent practice alleged in paragraph 4 of this indictment, the defendant made the following claims for time and pay lost on or about the following dates in approximately the following amounts:

| Count | Date | Amount |
| --- | --- | --- |
| 1 | June 3, 2003 | $153.72 |
| 2 | October 9, 2003 | $290.36 |
| 3 | November 13, 2003 | $263.82 |
| 4 | December 11, 2003 | $391.75 |
| 5 | April 27, 2004 | $228.67 |
| 6 | May 25, 2004 | $175.90 |
| 7 | September 26, 2004 | $413.37 |
| 8 | March 8, 2005 | $228.67 |
| 9 | August 11, 2005 | $251.12 |
| 10 | November 4, 2005 | $499.24 |
| 11 | November 29, 2005 | $231.70 |
| 12 | January 12, 2006 | $196.35 |
| 13 | August 4, 2006 | $54.63 |

All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL,

FOREPERSON

Date: 5-20-08

STEVEN M. BISKUPIC
United States Attorney